# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. EZEKIEL GUIONT                                   Docket No. 3:02CR00326(JCH)

RECEIVED                                                    FILED

### Petition For Modification of Conditions or Term of Probation/Supervised Release with the Consent of the Offender

2006 FEB 15 P 2:41

U.S. PROBATION OFFICE
BRIDGEPORT

U.S. DISTRICT COURT
BRIDGEPORT

**COMES NOW,** Patrick D. Norton, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Ezekiel Guiont who was sentenced to 22 months incarceration, to be followed by 3 years supervised release for a violation of Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. § 371. The defendant was sentenced by the Honorable Janet C. Hall, United States District Judge sitting in the court in Bridgeport, Connecticut on June 30, 2003, and imposed the general terms and conditions theretofore adopted by the court and also imposed the special conditions and terms as follows: 1) The defendant shall participate in a mental health treatment program, as directed by the probation officer. The defendant shall pay all, or a portion of, the costs associated with treatment based on her ability to pay, in an amount to be determined by the probation officer and; 2) Restitution to be paid at the rate of $100 per month, subject to modification by the court based on information submitted through probation or defense counsel. Payments to begin on the 1st day of the 2nd month of TSR. Interest is waived. The defendant is solely liable for $31,500. The Clerk of the Court is to hold payments for six months and then pay the victim with the greatest loss to the smallest loss until restitution is paid in full. The Clerk of the Court will disburse payments to victims. Ezekiel Guiont commenced his supervision on March 7, 2005.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
Since the commencement of the defendant's supervision, he has rendered a $100 restitution payment. His current restitution balance is $30,710. Mr. Guiont is currently employed on a full time basis at Orchard Glass located in Hamden, as a delivery driver, as well as maintaining a part-time job at Kentucky Fried Chicken in New Haven. On January 9, 2005, the defendant completed an amended Financial Affidavit, which reflects the defendant's Net Monthly Income to be $1,885.52, with a Monthly Cash Outflow of $1,497. Therefore, it is respectfully recommended that his monthly restitution payment be modified to a $400 monthly payment.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve:

☐ To extend the term of probation/supervised release for years, for a total term of years.
■ To modify the conditions of supervision as follows:

The defendant shall pay restitution in the amount of $31,500 at a rate of $400 per month subject to modification by the court based on information submitted through probation or defense counsel. Interest is waived.

Defense counsel Jonathon Einhorn was contacted and apprised of Mr. Guiont's current situation and had no objection to said modification.

**ORDER OF COURT**

Considered and ordered this 10th day of Feb, 2006 and ordered filed and made a part of the records in the above case.

The Honorable Janet C. Hall
United States District Judge

Respectfully Submitted,

Patrick D. Norton
United States Probation Officer

Place: New Haven, Connecticut

Date: February 3, 2006

PROB 49
(3/89)

# United States District Court
### District of Connecticut

**Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision**

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall continue to render payment toward his restitution amount of $31,500 at a rate of $400 per month subject to modification by the court based on information submitted through probation or defense counsel.

Witness: _____    Signed: _____
Patrick D. Norton                                                    Ezekiel Guiont
U.S. Probation Officer                                          Probationer or Supervised Releasee

2-3-06
Date