Form 12

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A. vs. EZEKIEL GUIONT

Docket No. 3:02CR00326(JCH)

2006 APR 25  A 11: 13

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW**, Patrick D. Norton, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Ezekiel Guiont who was sentenced to 22 months incarceration, to be followed by 3 years supervised release for a violation of Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. § 371. The defendant was sentenced by the Honorable Janet C. Hall, United States District Judge sitting in the court in Bridgeport, Connecticut on June 30, 2003, and imposed the general terms and conditions theretofore adopted by the court and also imposed the special conditions and terms as follows: 1) The defendant shall participate in a mental health treatment program, as directed by the probation officer. The defendant shall pay all, or a portion of, the costs associated with treatment based on her ability to pay, in an amount to be determined by the probation officer and; 2) Restitution to be paid at the rate of $100 per month, subject to modification by the court based on information submitted through probation or defense counsel. Payments to begin on the 1st day of the 2nd month of TSR. Interest is waived. The defendant is solely liable for $31,500. The Clerk of the Court is to hold payments for six months and then pay the victim with the greatest loss to the smallest loss until restitution is paid in full. The Clerk of the Court will disburse payments to victims. Ezekiel Guiont commenced his supervision on March 7, 2005.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

**Charge No. 1 - Mandatory Condition: "You shall not commit another federal, state, or local crime."** On March 12, 2006, Mr. Guiont was arrested by the New Haven Police Department and charged with Assault 2nd Degree, Larceny 2nd Degree, and Robbery 2nd Degree. Mr. Guiont was subsequently released on a $35,000 bond coupled with a Protective Order prohibiting him from having any contact with Tyeasha Lane. Mr. Guiont was arrested after a domestic disturbance and physical altercation that occurred on March 11, 2006, wherein the defendant allegedly punched and bit his girlfriend, Tyeasha Lane, at her residence in New Haven. He subsequently drove off in her vehicle without Ms. Lane's permission. The charges remain pending in the New Haven Superior Court.

**Charge No. 2 - Standard Condition: "The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer."** The defendant failed to notify his probation officer within 72 hours of being arrested. The Probation Office learned of the offender's arrest of March 12, 2006, during an office visit by the offender on March 24, 2006.

**Charge No. 3- Mandatory Condition: "You shall refrain from any unlawful use of a controlled substance."** On March 24, 2006, Mr. Guiont admitted to smoking marijuana approximately 30 days prior.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons directing Ezekiel Guiont to appear before this Court at Bridgeport, Connecticut on _April 25_ 2006 at _Bridgeport_ to show cause why supervision should not be revoked.

**ORDER OF COURT**

Considered and ordered this _25th_ day of _April_, 2005 and ordered filed and made a part of the records in the above case

The Honorable Janet C. Hall
United States District Judge

Sworn to By

Patrick D. Norton
United States Probation Officer

Place _Bridgeport, CT_
Date _4-25-06_

Before me, the Honorable Janet C. Hall, United States District Judge, on this 25th day of April 2006 at Bridgeport, Connecticut, U.S. Probation Officer Patrick D. Norton appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

The Honorable Janet C. Hall
United States District Judge