UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:02cr00326 (JCH) |
| VS. | |
| EZEKIEL GUIONT | MAY 8, 2006 |

## MOTION TO CONTINUE PROBATION VIOLATION HEARING

The Defendant in the above entitled action hereby requests that the probation violation hearing scheduled for May 11, 2006 be continued, for the reason that defense counsel is currently on trial in the matter of <u>United States vs. Warren Hawkins</u>, No. 3:05 cr 58 (SRU), and that trial is expected to continue until the end of May, 2006.

Attorney Michael Runowicz has no objection to the filing of this motion.

THE DEFENDANT

BY_____
JONATHAN J. EINHORN, ESQ.
412 ORANGE STREET
NEW HAVEN, CT 06511
FEDERAL BAR 00163
TEL NO. 203-777-3777

## CERTIFICATION

This is to certify that a true and accurate copy of the foregoing was mailed, postage prepaid this 8th day of May, 2006 to: Michael Runowicz, Esq., Assistant U.S. Attorney, 157 Church Street, New Haven, Connecticut 06510.

_____
Jonathan J. Einhorn