UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT



FILED

2006 MAY 17 P 4: 15

U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.   CRIMINAL NO: 3:02CR00326(JCH)

EZEKIEL GUIONT

## ORDER MODIFYING TERM OF SUPERVISED RELEASE

On June 30, 2003, the above-named defendant, after a plea of guilty to a violation of 18, United States Code, Section 371, Conspiracy to Commit Bank Fraud, was sentenced to 22 months followed by supervised release for a term of 3 years by the Honorable Janet C. Hall, United States District Judge sitting in the court at Bridgeport, Connecticut. On this date, the Court imposed standard conditions of supervised release and the following special conditions: 1) The defendant shall participate in a mental health treatment program, as directed by the probation officer; 2) Restitution to be paid at the rate of $100 per month, subject to modification by the Court based on information submitted through probation or defense counsel. Payments to begin on the 1st day of the 2nd month of supervised release. Interest is waived. The defendant is solely liable for $31,500. The Clerk of the Court is to hold payments for six months and then pay the victim with the greatest loss to the smallest until restitution is paid in full.

WHEREAS, the supervised releasee was presented before this Court on May 11, 2006, to answer the charge that he violated the conditions of his supervised release as cited in a Petition on Probation and Supervised Release dated April 25, 2006;

WHEREAS, the supervised releasee was represented by Attorney Jonathon Einhorn, and given the opportunity to be heard;

WHEREAS, the Court held the charges cited in a Petition on Probation and Supervised

Release dated April 25, 2006 in abeyance until disposition of the state matter and continued the offender on supervision;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT the defendant's conditions of supervised release be modified to include the following special condition: The defendant shall participate in a program approved by the Probation Office for inpatient or outpatient substance abuse treatment and testing. The defendant shall pay all, or a portion of the costs associated with treatment based on the defendant's ability to pay as determined by the probation officer;

IT IS ORDERED that the defendant undergo a mental health assessment to determine if further treatment is warranted.

IT IS FURTHER ORDERED that the defendant have no direct contact with alleged victims Stacey Thomas and Tyeasha Lane.

Signed and dated at New Haven, Connecticut this 17th of May 2006.

The Honorable Janet C. Hall
United States District Judge