# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. EZEKIEL GUIONT

Docket No. 3:02CR00326(JCH)

## Petition For Modification of Conditions or Term of Supervised Release

**COMES NOW,** Patrick D. Norton, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Ezekiel Guiont who was sentenced to 22 months incarceration, to be followed by 3 years supervised release for a violation of Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. § 371. The defendant was sentenced by the Honorable Janet C. Hall, United States District Judge sitting in the court in Bridgeport, Connecticut on June 30, 2003, and imposed the general terms and conditions theretofore adopted by the court and also imposed the special conditions and terms as follows: 1) The defendant shall participate in a mental health treatment program, as directed by the probation officer. The defendant shall pay all, or a portion of, the costs associated with treatment based on her ability to pay, in an amount to be determined by the probation officer and; 2) Restitution to be paid at the rate of $100 per month, subject to modification by the court based on information submitted through probation or defense counsel. Payments to begin on the 1st day of the 2nd month of TSR. Interest is waived. The defendant is solely liable for $31,500. The Clerk of the Court is to hold payments for six months and then pay the victim with the greatest loss to the smallest loss until restitution is paid in full. The Clerk of the Court will disburse payments to victims. Ezekiel Guiont commenced his supervision on March 7, 2005.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

On March 12, 2006, Mr. Guiont was arrested by the New haven Police Department and charged with Assault 2nd Degree, Larceny 2nd Degree, and Robbery 2nd Degree. Mr. Guiont was arrested after a domestic disturbance and physical altercation that occurred on March 11, 2006, wherein the defendant allegedly punched and bit his girlfriend, Tyeasha Lane, at her residence in New Haven. He then drove off in her vehicle without Ms. Lane's permission. Mr. Guiont was subsequently arrested and released on a $35,000 bond. On March 28, 2006, the defendant appeared before the New haven Superior Court at which time a Protective Order was issued prohibiting him from having any contact with Ms. Lane. The matter remains pending at the New haven Superior Court. Based on the seriousness of the aforementioned arrest, it is respectfully recommended that the defendant be placed on home confinement via electronic monitoring until the pending matter is resolved.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve:

☐ To extend the term of probation/supervised release for years, for a total term of years.
■ To modify the conditions of supervision as follows:

"The defendant shall be placed on home confinement with electronic monitoring until such time as the pending domestic assault arrest, stemming from March 24, 2006, is resolved. The defendant shall make provisions for the appropriate instillation of the electronic monitoring equipment. Further, the defendant shall comply with all conditions of electronic monitoring as required by the Probation Office. Payment responsibility is waived by the Court.

Defense counsel Jonathon Einhorn was contacted and has no objection to said modification.

**ORDER OF COURT**

Considered and ordered this 31ST day of May, 2006 and ordered filed and made a part of the records in the above case.

_____
The Honorable Janet C. Hall
United States District Judge

Respectfully Submitted,

_____
Patrick D. Norton
United States Probation Officer

Place: New Haven, Connecticut

Date: May 26, 2006