**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
|    Plaintiff | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3:02-cr-00326(JCH) |
| | : | |
| EZEKIEL GUIONT | : | MAY 17, 2007 |
|    Defendant | : | |

## ORDER

Pursuant to the report from the Probation Office, and the defendant's successful completion of the Consultation Center for domestic violence counseling, the defendant's home confinement via electronic monitoring is terminated, as well as all related proceedings in reference to the April 25, 2006 Violation of Supervised Release Hearing.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 17th day of May, 2007.

                                       /s/ Janet C. Hall
                                       Janet C. Hall
                                       United States District Judge