United States District Court
District of Connecticut
FILED AT        BRIDGEPORT
6/14/07 , 19
Kevin F. Rowe, Clerk
By ......................
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:02CR00326(JCH) |
| v. | |
| EZEKIEL GUIONT | JUNE 14, 2007 |

## MOTION TO PERMIT ELIGIBLE LAW STUDENT
## TO APPEAR ON BEHALF OF THE UNITED STATES OF AMERICA

The United States of America respectfully requests, pursuant to Local Rule of Civil Procedure 26 and Local Rule 1(c) of the Local Criminal Rules of Procedure, that the court permit Ms. Shannon Wolf, a law student at University of Connecticut School of Law currently employed in the Office of the United States Attorney for the District of Connecticut, to appear on behalf of the United States of America in this matter. In support of its motion, the United States of America states the following:

1. Ms. Wolf is enrolled in good standing at University of Connecticut School of Law, a law school approved by the American Bar Association;

2. Ms. Wolf has completed legal studies amounting to at least two semesters of credit;

3. Ms. Wolf will be introduced to the Court in which she will be appearing by Assistant United States Attorney Harold Chen, the Assistant United States Attorney handling this matter;

4. Assistant United States Attorney Chen, who is a member of the Bar of the United States District Court for the District of Connecticut, will assume personal professional responsibility for Ms. Wolf's work in this matter, assist Ms. Wolf to the extent necessary and appear with Ms. Wolf at the proceeding before the Court.

5. The United States of America, by and through Assistant United States Attorney Chen, consents to Ms. Wolf's appearance before the Court.

6. Although not required by the Local Rules, undersigned counsel has also conferred with opposing counsel, who indicates that he has no objection to this motion.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

HAROLD CHEN
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR NO. ct24432
UNITED STATES ATTORNEY'S OFFICE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604
(203)696-3000
(203)579-5575 (fax)
Harold.Chen@usdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was served on June 14, 2007, to counsel of record:

Counsel for the Defendant

HAROLD CHEN
ASSISTANT UNITED STATES ATTORNEY