Form 12

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

**U.S.A. vs.** EZEKIEL GUIONT

**Docket No.** 3:02CR00326(JCH)

FILED

## PETITION FOR MODIFICATION OF CONDITIONS OR TERM OF SUPERVISED RELEASE

**COMES NOW**, Patrick D. Norton, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Ezekiel Guiont, who was sentenced to 22 months' incarceration, to be followed by 3 years' supervised release for a violation of Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. § 371. The defendant was sentenced by the Honorable Janet C. Hall, United States District Judge, sitting in the court in Bridgeport, Connecticut on June 30, 2003, and imposed the general terms and conditions, theretofore adopted by the court, and also imposed the special conditions and terms as follows: 1) The defendant shall participate in a mental health treatment program, as directed by the probation officer. The defendant shall pay all, or a portion of, the costs associated with treatment based on his ability to pay, in an amount to be determined by the probation officer; 2) The defendant shall pay restitution in the amount of $64,030.10 as stated in the separate Order of Restitution to be issued. The defendant shall pay towards the balance of restitution owed, at the rate of $100 per month, beginning on the first day of the second full month of release, or as otherwise instructed by the Court, following a recommendation by the probation officer; and 3) The defendant shall notify the Court of any change in financial circumstances. Ezekiel Guiont commenced his supervision on March 7, 2005, with a tentative expiration date of March 6, 2008.

On July 18, 2006, a Petition For Modification of Conditions of Supervised Release was granted by the Court decreasing monthly restitution payments from $400 to $250.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

**Charge No. 1 - Standard Condition:** "The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons."
Mr. Guiont has failed to maintain employment since August 23, 2007.

**Charge No. 2 - Standard Condition:** "The defendant shall pay restitution in the amount of $64,030.10 as stated in the separate Order of Restitution to be issued. The defendant shall pay towards the balance of restitution owed, at the rate of $100 per month, beginning on the first day of the second full month of release, or as otherwise instructed by the Court, following a recommendation by the probation office."
The defendant's restitution is currently in arrearage in the amount of $600. Since January 30, 2007, Mr. Guiont has failed to render his monthly restitution payment of $250 on a consistent basis, on the following months, January, February, May, July, August and October 2007. Mr. Guiont last rendered a $250 restitution payment on September 8, 2007. The current outstanding restitution balance is $58,790.

**Charge No. 3 - Standard Condition:** "The defendant shall support his dependants and meet other family responsibilities."
Support Enforcement Services records confirm that Mr. Guiont is currently in delinquent status in the amount of $8,486. Mr. Guiont is ordered to pay $111 per week for child support toward the mother of their two children, Ms. Nicole Bryant. According to Support Enforcement Services in New Haven, the defendant last rendered a child-support payment, in the amount of $111, on June 23, 2003.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons directing Ezekiel Guiont to appear before this Court at Bridgeport, Connecticut on _11-7-07_ 2007 at _4:00pm_ to show cause why supervision should not be revoked.

**ORDER OF COURT**

Considered and ordered this _12th_ day of _OCT._, 2007 and ordered filed and made a part of the records in the above case.

_____
The Honorable Janet C. Hall
United States District Judge

Sworn to By _____
Patrick D. Norton
United States Probation Officer

Place _Bridgeport, Connecticut_
Date _10-12-07_

Before me, the Honorable Janet C. Hall, United States District Judge, on this _12th_ day of October 2007 at Bridgeport, Connecticut, U.S. Probation Officer Patrick D. Norton appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

_____
The Honorable Janet C. Hall
United States District Judge

JPM