UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA :

v. : CRIMINAL NO. 3:02CR00326(JCH)

EZEKIEL GUIONT :

## ORDER FINDING VIOLATION AND CONTINUING SUPERVISED RELEASE

The above named defendant was sentenced on June 30, 2003, following his conviction on a violation 18 U.S.C. § 371, Conspiracy to Commit Bank Fraud, to the custody of the Bureau of Prisons for 22 months, followed by a three year term of supervised release. Supervision commenced on March 7, 2005, with a tentative termination date of March 6, 2008. The Court imposed special conditions that consisted of the defendant participating in mental health treatment, paying restitution in the amount of $64,030.10 and notifying the Court of any change in his financial circumstances.

A Petition of Probation and Supervised Release, dated October 12, 2007, was signed by the Court, alleging three violations of the defendant's conditions of supervised release: 1) The defendant failed to maintain employment since August 23, 2007; 2) The defendant failed to render monthly restitution payments in the full amount of $250 since January 2007 and; 3) The defendant has failed to pay his child-support in the amount of $111.00 per week since June 23, 2003.

At a hearing conducted before the Court on November 7, 2007, at which time the defendant was represented by counsel and afforded an opportunity to be heard, the Court found that the defendant had violated all three charges, after the defendant had conceded

to the alleged violations, as outlined in the Petition and

NOW, THEREFORE, IT IS ORDERED that the defendant's hearing be continued for eight weeks in duration, at which time sentencing on the aforementioned violations will be imposed. The original mandatory, standard and special conditions are to remain in full effect.

Signed this 14th day of November 2007 at Bridgeport, Connecticut.

The Honorable Janet C. Hall
United States District Judge