UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:02CR 00326 (JCH) |
| VS. | |
| EZEKIEL GUIONT | FEBRUARY 12, 2008 |

### MOTION TO CONTINUE PROBATION VIOLATION HEARING

The Defendant in the above entitled action hereby requests that the probation violation hearing scheduled for Friday, February 15, 2008 be continued for the reason that defense counsel's father passed away on February 12, 2008, and the memorial service is scheduled for Friday, February 15, 2008 at 11:00 a.m.

Attorney Michael Runowicz has no objection to the filing of this motion.

THE DEFENDANT

BY_____
JONATHAN J. EINHORN, ESQ.
412 ORANGE STREET
NEW HAVEN, CONNECTICUT 06511
FED. BAR NO.  ct 00163
TEL. NO. 203-777-3777

### CERTIFICATION

This is to certify that a true and correct copy of the foregoing was mailed, postage prepaid this 12th day of February, 2008 to:  Michael Runowicz, Esq., Assistant U.S. Attorney, 157 Church Street, New Haven, CT 06510.

_____
JONATHAN J. EINHORN