UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2008 APR 14  P 4: 48
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.  CRIMINAL NO: 3:02CR00326(JCH)

EZEKIEL GUIONT

## ORDER MODIFYING TERM OF SUPERVISED RELEASE

On June 30, 2003, the above-named defendant, after a plea of guilty to a violation of 18 U.S.C. § 371, Conspiracy to Commit Bank Fraud, was sentenced to 22 months imprisonment followed by supervised release for a term of 3 years by the Honorable Janet C. Hall, United States District Judge sitting in the Court at Bridgeport, Connecticut. On this date, the Court imposed standard conditions of supervised release and the following special conditions: 1) The defendant shall participate in a mental health treatment program, as directed by the probation officer; 2) Restitution to be paid at the rate of $100 per month, subject to modification by the Court based on information submitted through probation or defense counsel. Payments to begin on the 1st day of the 2nd month of supervised release. Interest is waived. The defendant is solely liable for $31,500. The Clerk of the Court is to hold payments for six months and then pay the victim with the greatest loss to the smallest until restitution is paid in full.

WHEREAS, the supervised releasee was presented before this Court on April 9, 2008, for sentencing following an initial Violation of Supervised Release Hearing on November 7, 2007, where the supervised releasee admitted violating his conditions of supervision and, the Court found that he had, in fact, violated the three charges as cited in a Petition on Probation and Supervised Release dated October 12, 2007;

WHEREAS, the supervised releasee was represented by Attorney Jonathon Einhorn, and given the opportunity to be heard;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT the defendant's conditions of supervised release be modified to include the following special condition: The defendant shall be placed on home confinement with electronic monitoring for a period of 60 days. The defendant shall make all provisions for the appropriate installation of the electronic monitoring equipment. Further, the defendant shall comply with all conditions of electronic monitoring as required by the Probation Office. Finally, the Court hereby waives the cost of payment for said monitoring for supervised releasee.

Signed and dated at New Haven, Connecticut this 14th of April 2008.

/s/ Janet C. Hall, USDJ
The Honorable Janet C. Hall
United States District Judge