02cr326 minutes
7/8/08

Viol Hrg (May 22, 2007)

HONORABLE __Janet C. Hall__
DEPUTY CLERK __DeRubeis__ RPTR/ECRO/TAPE __T. Fidanza__
USPO __Patrick Norton__ INTERPRETER _____

TOTAL TIME: ___ hours __10__ minutes

DATE __7/7/08__  START TIME __12:00__  END TIME __12:10__

CR. No. __02cr326__  DEFT # __1__

UNITED STATES OF AMERICA

vs.

__Ezekiel Guiont__

__Krishna Patel__ AUSA

__Jonathan Einhorn__
Counsel for Defendant: CJA (C), Ret (R), PDA (P)

### PROBATION/SUPERVISED RELEASE VIOLATION HEARING

☑ SUPERVISED RELEASE   ☐ PROBATION   ☐ COMPLIANCE HEARING (check one)

☐ ....... Deft arrested on _____
☐ ....... Deft failed to appear, Bench warrant to issue
☐ ....... Violation Hrg continued until _____ at _____
☐ ....... Deft admits violation
☐ ....... CJA 23 Financial Affidavit filed ☐ sealed by the Court.
☐ ....... Court appoints _____ to represent defendant ☐ for this proceeding ☐ for entire proceeding;
          CJA Appointment date: _____
☐ ....... Order appointing Federal Public Defender's Office filed
☐ ....... Court finds deft ☐ has ☐ has not violated terms of ☐ probation ☐ supervised release
☑ ....... Probation/Supervised Release ☑ revoked ☐ continued ☐ modified
          _discharged_
☐ ....... _____ months imprisonment on Count(s) _____
☐ ....... Upon release the defendant shall be on supervised release for a term of _____ years/months
☐ ....... ☐ Supervised release ☐ probation continued for a period of _____ years/months on count(s) _____
☐ ....... Deft shall pay a fine of $_____ on Count(s) _____ to be paid by _____
☐ ....... Court recommends incarceration at _____
☐ ....... Deft shall pay $_____ per month for the cost of ☐ incarceration ☐ supervised release
          ☐ community confinement (Halfway House)
☐ ....... Deft shall refrain from any use or unlawful possession or distribution of a narcotic drug.
☐ ....... Deft ordered to surrender on _____ to ☐ U.S. Marshal ☐ institution
☐ ....... Bond ☐ continued ☐ set at $_____ ☐ Non-surety ☐ Surety ☐ PR
☐ ....... Violation sentencing set for _____
☐ ....... Deft detained
☑ ....... __Violation of supervised release satisfied.__
          __Defendant is released/discharged.__

☐ SEE CONDITIONS OF SUPERVISED RELEASE/PROBATION ON REVERSE