UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

V.

EZEKIEL GUIONT

CRIMINAL NO: 3:02CR00326(JCH)

## ORDER TERMINATING SUPERVISED RELEASE

On June 30, 2003, the above-named defendant, after a plea of guilty to a violation of 18, United States Code, Section 371, Conspiracy to Commit Bank Fraud, was sentenced to 22 months imprisonment followed by supervised release for a term of 3 years by the Honorable Janet C. Hall, United States District Judge, sitting in the Court at Bridgeport, Connecticut. On this date, the Court imposed standard conditions of supervised release and the following special conditions: 1) The defendant shall participate in a mental health treatment program, as directed by the probation officer; 2) Restitution to be paid at the rate of $100 per month, subject to modification by the Court based on information submitted through probation or defense counsel. Payments to begin on the 1st day of the 2nd month of supervised release. Interest is waived. The defendant is solely liable for $31,500. The Clerk of the Court is to hold payments for six months and then pay the victim with the greatest loss to the smallest until restitution is paid in full.

WHEREAS, the supervised releasee was presented before this Court for sentencing on July 7, 2008, following the defendant's initial Violation of Supervised Release on November 7, 2007, where the supervised releasee admitted violating his conditions of supervision and, the Court found that he had, in fact, violated all three charges as cited in a Petition and Supervised Release dated October 12, 2007;

WHEREAS, the supervised releasee appeared before the Court on April 9, 2008, at which time the Court continued imposition of sentencing and modified the defendant's special conditions of supervision to include 60 days of home confinement via electronic monitoring, in which the supervised releasee subsequently successfully completed on June 16, 2008;

WHEREAS, the supervised releasee was represented by Attorney Jonathon Einhorn, and given the opportunity to be heard;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT the defendant be discharged from supervised release effectively on July 7, 2008, with no further action to be taken in this matter.

Signed and dated at Bridgeport, Connecticut this 16th of July 2008.

/s/ Janet C. Hall, USDJ

The Honorable Janet C. Hall
United States District Judge

JPM